# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 24, 2007

Mr Daniel Kelley
Mississippi Department of Corrections
East Mississippi Correctional Facility
#62563
10641 Highway 80 W
Meridian, MS 39307

           No. 07-60033 In Re: Kelley
              USDC No. 3:05-CV-62

                  - - - - - - - -

Dear Mr Kelley:

      Your petition for mandamus complains about the delay in deciding your case in the district court. Your case has been assigned to Magistrate Judge S. Allan Alexander. This court does not supervise the work of the U.S. Magistrate Judge. You should direct your complaint to U.S. District Judge Glen H. Davidson.

      We will not rule on your petition for a writ of mandamus.

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                          By: _____
                              Monica Washington, Deputy Clerk
                              504-310-7705

cc:   Honorable Glen H Davidson
      Honorable S. Allan Alexander