IN THE UNITED STATES COURT OF APPEALS FOR THE
FIFTH CIRCUIT

FILE NUMBER 3:05 cv 62 GHD-SAA

U.S. COURT OF APPEALS
F I L E D
JAN 1 1 2007
CHARLES R. FULBRUGE III
CLERK

07-60033

Daniel G. Kelley
PLAINTIFF

VS.

State of MS
DEFENDANT

)
)
)
)
)   MOTION TO PROCEED ON
)   APPEAL *IN FORMA PAUPERIS*
)
)
)
)

COMES NOW, Petitioner, Daniel Kelley, Pro Se, and files this his Motion to Proceed on Appeal In Forma Pauperis and would show unto this Honorable Court the following, to-wit:

I.

That I am presently incarcerated in the Mississippi Department of Corrections at E.M.C.F., P.O. Box 4217, Meridian, MS 39304.

II.

That I (was)/was not previously granted leave to proceed in forma pauperis in the following court(s): U.S.D.C., Northern District of MS, Oxford, MS

III.

That I am without funds to pay the costs of this appeal or give security and I believe that I am entitled to redress of the issues presented as evidenced by the facts and statements in the attach affidavit.

WHEREFORE, PREMISES CONSIDERED, this Petitioner respectfully prays that this Court enter an Order allowing him to proceed on appeal in forma pauperis.

Respectfully Submitted,

_____
Petitioner

SWORN TO AND SUBSCRIBED BEFORE ME, this the __8th__ day of __January__, 20_07_.

_____
Notary Public

My commission expires:

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES DEC 13, 2010
BONDED THRU STEGALL NOTARY SERVICE

IN THE UNITED STATES COURT OF APPEALS FOR THE
FIFTH CIRCUIT

FILE NUMBER 3:05 cv 62 GHD-SAA

<u>Daniel Kelley</u>　　　　　　　　　)
PLAINTIFF　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　　　) **AFFIDAVIT OF POVERTY**
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
<u>State of MS</u>　　　　　　　　　　)
DEFENDANT　　　　　　　　　　　　)

Personally appeared before me the undersigned authority in and for the aforesaid jurisdiction, <u>Daniel Kelley</u>, M.D.O.C.# <u>62563</u>, who, being duly sworn on his/her oath, does depose and sayeth:

I, <u>Daniel G. Kelley</u>, do solemnly swear/affirm that I am incarcerated with the Mississippi Department of Corrections, and because of my poverty I am not able to prepay the docket fees of my appeal or post a bond for them. I believe, to the best of my belief, I am entitled to the redress that I seek by such sort.

~~My issues on appeal are as follows:~~

__Mandamus Petition_____

_____

_____

I further swear that the responses, which I have made to the questions below relating to my ability to pay the costs, are true.

1.  Are you presently employed? __No__

    a.  If the answer is yes, state the amount of your salary or wages per month with you receive. $_____

    b.  If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received. __3-02  $800/wk.__

2.  Have you received within the past twelve months, any income from a business, profession, or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? __No__

    If the answer is yes, describe each source of income, and state the amount received from each during the past 12 months. _____

3.  Do you own any cash or checking or savings accounts? __No__

    If the answer is yes, state the total value of the items owned. _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? __No__

    If the answer is yes, describe the property and state its approximate value.

5.  List the person who are dependent upon you for support and state your relationship to those persons. __N/A__

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

_____
Petitioner

SWORN TO AND SUBSCRIBED BEFORE ME, this the ___8th___ day of ___January___, 20_07_

_____
Notary Public

My commission expires:

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES DEC 13, 2010
BONDED THRU STEGALL NOTARY SERVICE